In the Matter of EUGENE FITZGERALD, Appellant, v. ROBERT J. HENDERSON, as Superintendent of Auburn Correctional Facility, Respondent.— Appeal unanimously dismissed as academic. (Appeal from judgment of Cayuga Special Term denying application for show cause order in article 78 proceeding and dismissing proceeding on the merits.) Present — Goldman, P. J., Del Vecchio, Marsh, Witmer and Cardamone, JJ.

SOUTH TOWNS REALTY, INC., Plaintiff, v. JOSEPH J. WEISNER et al., Third-Party Plaintiffs-Appellants. MARGERY SMITH et al., Defendants, and DOMINIC N. BUCCIERI, Respondent.— Appeal unanimously dismissed, without costs, in view of settlement of main appeal upon stipulation. (Appeal from judgment of Erie Trial Term dismissing third-party complaint in action for commissions.) Present — Del Vecchio, J. P., Marsh, Witmer and Simons, JJ.